UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JORDAN SEPULVEDA, ET AL.,

        Plaintiff,

v.

COUNTY OF WAYNE, ET AL.,

      Defendants.

_____/

Case No. 19-11407

SENIOR U.S. DISTRICT JUDGE
ARTHUR J. TARNOW

U.S. MAGISTRATE JUDGE
ELIZABETH A. STAFFORD

**JUDGMENT**

    All issues having been resolved by the Court's Order [37] of October 25,

2019, **THIS CASE IS CLOSED**.

    Dated at Detroit, Michigan, this 25th day of October 2019.

                  DAVID J. WEAVER
                  CLERK OF THE COURT

                  BY: s/Michael E. Lang
                  Deputy Clerk

Approved:

s/Arthur J. Tarnow
ARTHUR J. TARNOW
SENIOR UNITED STATES DISTRICT JUDGE

1